# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLORIA SMITH,
                          Appellant,
          vs.
CONAM MANAGEMENT
CORPORATION; QUAIL RIDGE
APARTMENTS LIMITED LIABILITY
COMPANY; AND MWB ASSOCIATES,
                          Respondents.

No. 76666

FILED

MAR 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a complaint. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On August 14, 2018, the clerk of this court issued a notice directing appellant to file and serve, by December 12, 2108, either an opening brief or an informal brief for pro se parties.[1] Appellant failed to comply. Accordingly, on January 18, 2019, this court entered an order directing appellant to file either an opening brief or an informal brief for pro se parties by January 29, 2019.[2] The order cautioned that failure to comply could result in the dismissal of this appeal as abandoned.[3] To date, appellant has failed to file a brief or informal brief or otherwise

---

[1] A copy of this notice is attached.

[2] A copy of this order is attached.

[3] A copy of this order was mailed to appellant but it was returned by the postal service with the notations "box closed" and "unable to forward."

SUPREME COURT
OF
NEVADA

(O) 1947A

19-11053

communicate with this court. It thus appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:    Hon. Linda Marie Bell, Chief Judge
Gloria Smith
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

GLORIA SMITH,
Appellant,
vs.
CONAM MANAGEMENT CORPORATION;
QUAIL RIDGE APARTMENTS LIMITED
LIABILITY COMPANY; AND MWB
ASSOCIATES,
Respondents.

**Supreme Court No. 76666**
District Court Case No. A755240

## INSTRUCTIONS/NOTICE REGARDING DEADLINES

TO: Gloria Smith
Bremer Whyte Brown & O'Meara, LLP/Las Vegas \ Peter C. Brown, Chata N. Holt

## PLEASE CAREFULLY REVIEW THE INFORMATION BELOW REGARDING REQUIREMENTS FOR THIS APPEAL.

### Definitions/Terms

"NRAP" stands for Nevada Rules of Appellate Procedure, which govern procedure in the Nevada Supreme Court and Nevada Court of Appeals.

"Pro se" refers to a party acting on his or her own behalf without the assistance of an attorney.

"In forma pauperis" refers to a party who has been determined by a court to be indigent and not required to pay filing fees. Only a court can grant a party in forma pauperis status. Please see NRAP 24 for more information.

Copies of all documents sent to the court for filing must also be served on all other parties in the appeal. Such service should be made at the same time the document is sent for filing, and may be accomplished by mailing a copy of the document to the other party (if the other party has an attorney, the document should be mailed to the attorney). Please see NRAP 25(b) and NRAP 25(c). The rules do not require that copies served on other parties be file-stamped by the court.

### Required Documents/Deadlines

#### 1. Transcript Request Form

Within 15 days, appellant(s) must file in this court either (1) a transcript request form requesting transcripts of all district court proceedings that are necessary for the court's review on appeal; or (2) a certificate that no transcripts are being requested. See NRAP 9. The enclosed blank transcript request form may be used.

18-31241

APPELLANTS WHO HAVE NOT BEEN GRANTED IN FORMA PAUPERIS STATUS must serve a copy of the transcript request form on the court reporter/recorder who reported the proceedings and on all other parties to the appeal and must also pay an appropriate deposit to the court reporter/recorder at the time of service. NRAP 9(b)(1)(B). Upon receiving a transcript, the party who requested it must file a copy of the transcript in this court. NRAP 9(b)(1)(B).

APPELLANTS WHO ARE IN FORMA PAUPERIS should not serve a transcript request form on the court reporter/recorder, but should still file the request in this court; the court will review the request and enter an appropriate order.

## 2. Docketing Statement

Within 20 days, all appellant(s) must file in this court a docketing statement that complies with NRAP 14. The enclosed blank docketing statement may be used.

FOR APPELLANTS WHO ARE IN FORMA PAUPERIS, the requirement that supporting documents be attached to the docketing statement may be waived.

## 3. Brief or Informal Brief Form

Within 120 days, appellant(s) must file in this court either (1) a brief that complies with the requirements in NRAP 28(a) and NRAP 32; or (2) the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk. NRAP 31(a)(1). Failure to file a brief or informal brief form by the deadline may result in dismissal of the appeal. NRAP 31(d)(1).

## Appendices/record

Pro se parties are not permitted to file an appendix to their briefs unless ordered to do so by this court. NRAP 30(i). If the court's review of the complete trial court record is necessary, the court will direct the district court to transmit the record. Pro se parties are not required to cite the record in their briefs, but are encouraged to do so if possible. See NRAP 28(e)(3).

## Responses to Pro Se Documents

Opposing parties are not required to respond to documents, including briefs, filed by a pro se party unless ordered to do so by this court. The court generally will not grant relief without providing an opportunity to file a response. See NRAP 46(c).

DATE: August 14, 2018

Elizabeth A. Brown, Clerk of Court

By: Linda Hamilton
    Deputy Clerk

18-31241

Notification List
Electronic
Bremer Whyte Brown & O'Meara, LLP/Las Vegas \ Peter C. Brown

Paper
Gloria Smith
Bremer Whyte Brown & O'Meara, LLP/Las Vegas \ Chata N. Holt

18-31241

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLORIA SMITH,
               Appellant,

vs.

CONAM MANAGEMENT
CORPORATION; QUAIL RIDGE
APARTMENTS LIMITED LIABILITY
COMPANY; AND MWB ASSOCIATES,
               Respondents.

No. 76666





## ORDER TO FILE DOCUMENT

This is a pro se appeal, docketed in this court on August 14, 2018. Appellant's informal opening brief was due by December 12, 2018. To date, appellant has failed to file the opening brief or otherwise communicate with this court, and respondents have filed a notice of appellant's failure to file the opening brief.

Appellant shall have 11 days from the date of this order to file either an opening brief that complies with the requirements of NRAP 28(a) and NRAP 32 or an informal brief for pro se parties. Failure to comply with this order may result in the dismissal of this appeal as abandoned. *See* NRAP 31(d). Respondents need not file a response to the brief unless directed to do so by this court. NRAP 46A(c).

It is so ORDERED.

                                          _____, C.J.

cc:    Gloria Smith
       Bremer Whyte Brown & O'Meara, LLP/Las Vegas

Supreme Court
of
Nevada

(O) 1947A

19·02992